IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01725-BNB

RODNEY ATKINSON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ,
RONALD LEYBA,
KELLIE WASKO,
CINDRA MARTINEZ,
PATTY BEECROFT,
TEJINDER SINGH, and
THEODORE LAURENCE,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 6 2006

GREGORY C. LANGHAM
                CLERK

---

## ORDER TO DISMISS IN PART AND TO DRAW CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Rodney Atkinson is incarcerated at the Colorado Department of Corrections (DOC) and currently is housed at the Arkansas Valley Correctional Facility in Crowley, Colorado. Originally on August 22, 2006, Mr. Atkinson submitted to the Court a Prisoner Complaint. Magistrate Judge Boyd N. Boland reviewed the Complaint, determined that Plaintiff failed to satisfy the burden of pleading exhaustion of administrative remedies, and on October 17, 2006, directed Plaintiff to show cause why the Complaint and action should not be denied for failure to exhaust administrative remedies.

On November 1, 2006, Plaintiff filed a Response. In the Response, Plaintiff stated that he had exhausted the three-step grievance procedure. He also attached

copies of his step-one and step-two grievances. He asserts that prison staff did not respond to his step-three grievance. Under the Administrative Regulation 850-04, DOC Grievance Procedure IV.D.1.d., Plaintiff is able to proceed to the next step in the process within five days of the date the response was due. Therefore, since Plaintiff states that he filed a step-three grievance on May 11, 2006, and a response was due within forty-five days, the Court finds that Plaintiff has exhausted his administrative remedies. The Court will order the October 17, 2006, Order to Show Cause to be discharged.

In the Complaint, Mr. Atkinson asserts several claims of deliberate indifference to his alleged serious medical claims and several related state tort claims. In support of his claims, he alleges that Defendants have failed to provide adequate treatment for his injured knees.

The claims asserted against Defendants Joe Ortiz, Ronald Leyba, Kellie Wasko, Cindra Martinez, Patty Beecroft, Tejinder Singh, and Theodore Laurence will be drawn to a district judge and to a magistrate judge.

With respect to Defendant Colorado Department of Corrections, the DOC is not a properly named party to the action. The State of Colorado is protected by Eleventh Amendment immunity. *See Will v. Michigan Dep't of State Police*, 491 U.S. 58, 66 (1989); *Meade v. Grubbs*, 841 F.2d 1512, 1525-26 (10th Cir. 1988). "It is well established that absent an unmistakable waiver by the state of its Eleventh Amendment immunity, or an unmistakable abrogation of such immunity by Congress, the amendment provides absolute immunity from suit in federal courts for states and their

agencies." *Ramirez v. Oklahoma Dep't of Mental Health*, 41 F.3d 584, 588 (10th Cir. 1994).

The State of Colorado has not waived its Eleventh Amendment immunity, *see Griess v. Colorado*, 841 F.2d 1042, 1044-45 (10th Cir. 1988), and congressional enactment of 42 U.S.C. § 1983 did not abrogate Eleventh Amendment immunity, *see Quern v. Jordan*, 440 U.S. 332, 340-345 (1979). The Eleventh Amendment applies to all suits against the state and its agencies, regardless of the relief sought. *See Higganbotham v. Okla. ex rel. Okla. Transp. Comm'n*, 328 F.3d 638, 644 (10th Cir. 2003). Accordingly, it is

ORDERED that the October 17, 2006, Order to Show Cause is discharged. It is

FURTHER ORDERED that Defendant Colorado Department of Corrections is dismissed and that the Clerk of the Court shall remove Defendant Colorado Department of Corrections from the docket as a party to the action. It is

FURTHER ORDERED that the case and the claims alleged against remaining Defendants Joe Ortiz, Ronald Leyba, Kellie Wasko, Cindra Martinez, Patty Beecroft, Tejinder Singh, and Theodore Laurence shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 15 day of Nov., 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01725-BNB

Rodney Atkinson
Prisoner No. 101422
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11-16-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk