IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01725-PSF-MJW

RODNEY ATKINSON,

      Plaintiff,

v.

JOE ORTIZ,
RONALD LEYBA,
KELLIE WASKO,
CINDRA MARTINEZ,
PATTY BEECROFT,
TEJINDER SINGH, and
THEODORE LAURENCE,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 8 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants.  If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to F.R.Civ.P. 4(d).

All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED:  November 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____

Phillip S. Figa
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  06-cv-01725-PSF-MJW

Rodney Atkinson
Prisoner No. 101422
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Joe Ortiz, Ronald Leyba,
Kellie Wasko, Cindra Martinez,
Patty Beecroft, Tejinder Singh,
and Theodore Laurence - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

      I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Cathie Holst for service of process on Joe Ortiz,
Ronald Leyba, Kellie Wasko, Cindra Martinez, Patty Beecroft, Tejinder Singh, and
Theodore Laurence: COMPLAINT FILED 08/31/06, ORDER FILED 11/16/06, SUMMONS,
WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 11/28/06 .

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                    Deputy Clerk