IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE

Civil Action No. 06-cv-01725-PSF-MJW

RODNEY ATKINSON,

Plaintiff,

v.

JOE ORTIZ, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that **Defendants' Motion to Stay Discovery and Request for Protective Order**, (docket no. 41), is DENIED.  In this case, Defendants have filed a motion to dismiss (docket no. 26).  In such motion, Defendants have raised not only qualified immunity but also other defenses.  In raising these other defenses, Defendants have raised factual issues about which Plaintiff Atkinson should be allowed to conduct discovery as more fully outlined in the "needed discovery" portions of Plaintiff Atkinson's response.  See "needed discovery" portions in docket no. 48 and Goldberg v. Kelly, 397 U.S. 254 (1970).  For these reasons, the subject motion should be denied.

Date:   May 13, 2007