IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01725-PSF-MJW

RODNEY ATKINSON,

    Plaintiff,

v.

JOE ORTIZ;
RONALD LEYBA;
KELLIE WASKO;
CINDRA MARTINEZ;
PATTY BEECROFT;
TEJINDER SINGH; and
THEODORE LAURENCE,

    Defendants.

---

**ORDER ON DEFENDANTS' OBJECTION TO ORDER OF MAGISTRATE JUDGE DENYING STAY OF DISCOVERY AND REQUEST FOR PROTECTIVE ORDER**

---

This matter comes before the Court on Defendants' Objection (Dkt. # 55) to the Magistrate Judge's order of May 13, 2007 (Dkt. # 52) in which he denied Defendants' Motion to Stay Discovery in this case and for Protective Order (Dkt. # 41).  Defendants' Objection was filed on May 25, 2007.  Plaintiff filed his response on June 4, 2007 (Dkt. # 56).  For the reasons set forth below, the defendants' objection is overruled and the order of the Magistrate Judge is affirmed.

The Magistrate Judge found that plaintiff was entitled to discovery as to factual matters raised by defendants in a motion to dismiss they filed on February 20, 2007 (Dkt. # 26).  Although defendants assert in their Objection that discovery should not be allowed because they assert qualified immunity from plaintiff's claims in their motion to

dismiss, the Magistrate Judge plainly found that "other defenses" were also asserted in that motion and that plaintiff was entitled to discovery on such matters as outlined in plaintiff's response to the motion to stay (Dkt. # 48).

Plaintiff asserts in response to defendants' Objection that such discovery is needed to make a complete response to the defendants' pending motion to dismiss (Plaintiff's Response to Objection). Although the defendants' argument for qualified immunity may ultimately be found to have merit, and such a ruling would preclude the need to reach their other asserted defenses, for the sake of efficiency it is preferable that all of the defendants' arguments to dismiss be resolved in one order. Moreover, it appears to the Court that the discovery sought by plaintiff is not burdensome, as plaintiff is requesting only responses to his first set of written discovery which had been served on March 16, 2007 (*see* Attachment 1 to Dkt. # 48).

As an order denying a stay of discovery is not dispositive, review of the Magistrate Judge's order here is governed by F.R.Civ.P. Rule 72(a), which provides for modifying or setting aside an order of the Magistrate Judge only if it is "clearly erroneous or contrary to law." The Court finds no clear error in the order entered by the Magistrate Judge in this case, nor is it contrary to law. Accordingly, defendants' motion to stay discovery (Dkt. # 41) is DENIED. The order of the Magistrate Judge (Dkt. # 52) is AFFIRMED.

DATED: June 13, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge