IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE

Civil Action No. 06-cv-01725-PSF-MJW

RODNEY ATKINSON,

Plaintiff,

v.

JOE ORTIZ, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Stay of Decision Regarding Defendant's Motion to Dismiss (docket no. 54) is GRANTED finding good cause shown. This court will not consider for ruling Defendant's Motion to Dismiss (docket no. 26) until July 20, 2007.

Date:   June 13, 2007