IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01725-EWN-MJW

RODNEY ATKINSON,

Plaintiff,

v.

JOE ORTIZ, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, filed with the Court on February 6, 2008, DN 92, is GRANTED. The Settlement Conference set on February 12, 2008, at 10:00 a.m. is VACATED. At the conclusion of discovery, the parties may motion the court to reset the settlement conference in this matter.

Date: February 8, 2008