IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01725-EWN-MJW

**RODNEY ATKINSON,**

    Plaintiff,

v.

**JOE ORTIZ, et al,**
    Defendants.

---

### ORDER

---

**THIS MATTER** having come before the Court on the Parties' STIPULATED MOTION FOR AMENDMENT OF SCHEDULING ORDER, and the Court being fully advised in this matter,

**IT IS HEREBY ORDERED** *That The Motion is Granted And* that Section 8 (Case Plan and Schedule) of the Scheduling Order in this matter is amended as follows:

\*\*\*

b.    Discovery Cut-off: Fact Discovery: **August 15, 2008;** Expert Discovery: **September 15, 2008.**

c.    Dispositive Motion Deadline: **September 30, 2008**

d.    Expert Witness Disclosure

    \*\*\*

(3) The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 30, 2008**.

(4) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 30, 2008**.

**IT IS HEREBY ORDERED** that the final pre-trial conference in this matter, now scheduled for September 15, 2008, is vacated and rescheduled for December 18, 2008, at 8:30 a.m.

DATED this 30th day of May, 2008. Proposed Order is due December 12, 2008.

FOR THE COURT:

~~United States Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO