IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01725-EWN-MJW

RODNEY ATKINSON,

Plaintiff,

v.

JOE ORTIZ, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Uncontested Motion for Leave to Take the Deposition of a Person Confined in Prison (Docket No. 118) is granted. Accordingly, defendants are granted leave to take the deposition of the plaintiff, Rodney Atkinson, who is incarcerated.

Date: July 2, 2008