IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01725-PAB-MJW

RODNEY ATKINSON,

     Plaintiff.

v.

JOE ORTIZ,
RON LEYBA,
CINDRA MARTINEZ,
PATRICIA BEECROFT,
TEJINDER SINGH, and
THEODORE LAURENCE,

     Defendants.

---

## ORDER RE: UNOPPOSED MOTION FOR LEAVE TO
## PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE
( Docket No 151 )

---

THIS MATTER comes before the Court on Defendant Beecroft's Unopposed Motion for

Leave to Participate in Settlement Conference by Telephone. THE COURT, having reviewed

the Unopposed Motion for Extension of Time,

**HEREBY ORDERS** that Defendant Beecroft may participate in the Settlement

Conference on February 2, 2009, by telephone.

Dated this 15th day of January 2009.

By the Court:

Michael J. Watanabe
United States Magistrate Judge