IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  06-cv-01725-PAB-MJW

RODNEY ATKINSON,

    Plaintiff,

v.

JOE ORTIZ,
RONALD LEYBA,
KELLIE WASKO,
CINDRA MARTINEZ,
PATTY BEECROFT,
TEJINDER SINGH, and
THEODORE LAURENCE,

    Defendants.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant Patricia Beecroft's motion for reconsideration [Docket No. 156] of the Court's minute order [Docket No. 155] striking her reply [Docket No. 154] as untimely.  Dr. Beecroft's motion explains that she was unaware that the Court interpreted D.C.COLO.CivR 7.1C, which calculates deadlines for replies based on the date of *filing*, to be outside the scope of Federal of Civil Procedure 6(d), which affects deadlines triggered by *service*.

    Because there is no shortage of confusion as to the application of D.C.COLO.CivR 7.1C, I find that defendant Beecroft relied on a reasonable, albeit incorrect, interpretation of the rule.  Therefore, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), because excusable neglect exists for defendant Beecroft's late filing, *see Lewis v. Sch. Dist. #70*, 523 F.3d 730, 739-40 (7th Cir. 2008) (finding excusable neglect where party, in good faith, misinterpreted predecessor to Federal Rule of Civil Procedure 6(d)), it is

    **ORDERED** that Patricia Beecroft's motion for reconsideration [Docket No. 156] is GRANTED.  Dr. Beecroft's reply [Docket No. 154] shall be reinstated.

    Dated September 29, 2009.